**DISMISS and Opinion Filed June 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00257-CV

**THOMAS K. GIPSON, Appellant**
**V.**
**DEUTSCHE BANK AS TRUSTEE FOR MORGAN STANLEY IXIS, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08067-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

The docketing statement and clerk's record in this case are past due. By postcard dated March 1, 2019, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated April 25, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record.[1] We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of

---

[1] The notice was returned to the Court as undeliverable. A deputy clerk called and left a voice mail message requesting appellant to update his mailing notice. Appellant has not updated an address with the Court.

this appeal without further notice.  To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190257F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THOMAS K. GIPSON, Appellant

No. 05-19-00257-CV     V.

DEUTSCHE BANK AS TRUSTEE FOR
MORGAN STANLEY IXIS, Appellee

On Appeal from the 95th District Court,
Dallas County, Texas
Trial Court Cause No. DC-13-08067-D.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee DEUTSCHE BANK AS TRUSTEE FOR MORGAN STANLEY IXIS recover its costs of this appeal from appellant THOMAS K. GIPSON.

Judgment entered June 25, 2019